**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,
  *Plaintiff-Appellee,*

v.

NORBERTO REVELES-ESPINOZA,
  *Defendant-Appellant.*

No. 05-50905

D.C. No.
CR-05-00040-NAJ

ORDER
GRANTING
PETITION FOR
REHEARING AND
WITHDRAWING
MEMORANDUM
DISPOSITION

Filed April 15, 2008

Before: Raymond C. Fisher and Consuelo M. Callahan,
Circuit Judges, and Raner C. Collins, District Judge.*

---

**ORDER**

Appellant's petition for rehearing, filed November 2, 2007, is **GRANTED**. The memorandum disposition filed on October 19, 2007, and appearing at 251 Fed. Appx. 455 (9th Cir. 2007) is withdrawn. The superseding per curiam opinion will be filed concurrently with this order. The parties may file an additional petition for rehearing or petition for rehearing en banc. All other pending motions are denied as moot.

---

*The Honorable Raner C. Collins, United States District Judge for the District of Arizona, sitting by designation.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2008 Thomson/West.